CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJhs

AUG 13 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID ALLEN DEAN, | ) | Civil Action No. 7:13-cv-00115 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL | ) | |
| JAIL AUTHORITY, <u>et al.</u>, | ) | By:  Hon. Jackson L. Kiser |
|     Defendants. | ) |        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 13th day of August, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge